UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:24-cv-10609-SSC                              Date: April 16, 2025

Title  Daymond Statum v. Joshua Prudhel, Warden

Present: The Honorable **Stephanie S. Christensen**, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:
None Present                        None Present

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On December 6, 2024, *pro se* Petitioner Daymond Statum filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2245.  (ECF 1.)  On January 6, 2025, the Court ordered Respondent to file an answer to the petition or a motion to dismiss.  (ECF 6.)  On February 3, 2025, Respondent filed a motion to dismiss the petition.  (ECF 8.)  Petitioner was required to file an opposition or non-opposition to the motion to dismiss no later than March 24, 2025.  (ECF 6 at 3.)  The deadline to file Petitioner's opposition or non-opposition has passed and the Court has not received any filing from Petitioner.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **May 16, 2025**, why this action should not be dismissed for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-10609-SSC                           Date: April 16, 2025

Title         Daymond Statum v. Joshua Prudhel, Warden

failure to prosecute and/or comply with a court order.  In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **May 16, 2025**.

If Petitioner files an opposition or non-opposition to the motion to dismiss by **May 16, 2025**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file timely a response to this order to show cause, or an opposition or non-opposition to the motion to dismiss, will result in dismissal of this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

                                                              :
Initials of Preparer     **ts**