UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-10609-SSC                             Date: June 10, 2025

Title        Daymond Statum v. Joshua Prudhel, Warden

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Petitioner's Failure to Prosecute, Comply with a Court Order, and/or Update His Address**

On December 6, 2024, *pro se* Petitioner Daymond Statum filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2245. (ECF 1.) On January 6, 2025, the Court ordered Respondent to file an answer to the petition or a motion to dismiss. (ECF 6.) On February 3, 2025, Respondent filed a motion to dismiss the petition. (ECF 8.) Petitioner was required to file an opposition or non-opposition to the motion to dismiss no later than March 24, 2025. (ECF 6 at 3.) On April 16, 2025, having not received an opposition or non-opposition from Petitioner, the Court issued an order to show cause why the petition should not be dismissed for Petitioner's failure to prosecute and comply with Court orders. (ECF 12.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-10609-SSC                                  Date: June 10, 2025

Title  Daymond Statum v. Joshua Prudhel, Warden

     As indicated in the Court's April 16, 2025 order to show cause, the deadline to file Petitioner's opposition or non-opposition has passed and the Court has not received any filing from Petitioner.  (*Id.* at 1.)  In the meantime, the Court has discovered that Petitioner no longer is incarcerated at his address of record.  According to the California Department of Corrections and Rehabilitation's online inmate locator, Petitioner has been transferred to the "Male Community Reentry Program - Los Angeles County."  California Incarcerated Records and Information Search, https://ciris.mt.cdcr.ca.gov/ (input CDCR number BJ3019) (last visited June 9, 2025).  However, no address is listed and the website declares that there are three locations within Los Angeles County.  *See* https://www.cdcr.ca.gov/rehabilitation/pre-release-community-programs/mcrp/ (last visited June 9, 2025).

     Pursuant to Rule 41-6 of the Local Civil Rules for the Central District of California, it is Petitioner's obligation to keep the Court informed of his current address.

     Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **June 30, 2025**, why this action should not be dismissed for failure to prosecute, comply with a court order, and update his address pursuant to the Court's Local Rule.  In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **June 30, 2025**.

     If Petitioner files an opposition or non-opposition by **June 30, 2025**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

     Petitioner is cautioned that failure to file a timely response to this order, an opposition or non-opposition to the motion to dismiss, or a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:24-cv-10609-SSC                                Date: June 10, 2025

Title       Daymond Statum v. Joshua Prudhel, Warden

notice of voluntary dismissal, will result in a recommendation to the district judge to dismiss this case for failure to prosecute, comply with a court order, and update his address.

**IT IS SO ORDERED.**

                                                                                          :
                                                    Initials of Preparer      **ts**