UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMOND STATUM,<br><br>                    Petitioner,<br><br>         v.<br><br>JOSHUA PRUDHEL, Warden,<br><br>                    Respondent. | Case No. 2:24-cv-10609-SSC<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order issued concurrently herewith, IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATED: July 15, 2025

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES DISTRICT JUDGE